UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:13CR114-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | Violation: 8 U.S.C. §§ 1326(a) and (b)(1) |
| JUAN JOSE HERNANDEZ, ) | |
| a/k/a JUAN HERNANDEZ TURCIOS, and ) | |
| a/k/a JUAN PEREYA ) | |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about March 23, 2013, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**JUAN JOSE HERNANDEZ,**
**a/k/a JUAN HERNANDEZ TURCIOS, and**
**a/k/a JUAN PEREYA**

being an alien, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of a felony.

All in violation of Title 8, United States Code Sections 1326(a) and (b)(1).

A TRUE BILL:

ANNE M. TOMPKINS
UNITED STATES ATTORNEY

_____
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY